**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

VANESSA SIMMONDS,
    *Plaintiff-Appellant,*

   v.

CREDIT SUISSE SECURITIES (USA) LLC; JPMORGAN CHASE & CO., a Delaware corporation, successor in interest to Hambrecht & Quist and Chase Securities Inc.; BANK OF AMERICA CORPORATION, a Delaware corporation, successor in interest to Fleetboston Robertson Stephens, Inc.; ONVIA INC., a Delaware corporation formerly known as Onvia.com Inc.; ROBERTSON STEPHENS, INC.; J.P. MORGAN SECURITIES INC.,
    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35262
No. 09-35363

D.C. No. 2:07-cv-01549-JLR
Western District of Washington, Seattle

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

DEUTSCHE BANK SECURITIES INC.;
FOUNDRY NETWORKS INC., Nominal
Defendant, a Delaware
corporation; MERRILL LYNCH
PIERCE FENNER & SMITH
INCORPORATED; J.P. MORGAN
SECURITIES INC.,
*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35280
D.C. Nos.
2:07-cv-01566-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

MERRILL LYNCH & CO. INC.,
*Defendant,*

and

FINISAR CORPORATION, Nominal
Defendant, a Delaware
corporation; MERRILL LYNCH
PIERCE FENNER & SMITH
INCORPORATED; J.P. MORGAN
SECURITIES INC.,
*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35282
No. 09-35375

D.C. Nos.
2:07-cv-01567-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
                    *Plaintiff-Appellant,*

                    v.

MORGAN STANLEY & CO.,
INCORPORATED; LEHMAN BROTHERS,
INC.; BANK OF AMERICA
CORPORATION; ROBERTSON
STEPHENS, INC.; AVANEX
CORPORATION,
                    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35285

D.C. Nos.
2:07-cv-01568-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
                    *Plaintiff-Appellant,*

                    v.

CREDIT SUISSE GROUP, a global
bank headquartered in Zurich,
Switzerland formerly known as
Credit Suisse First Boston
Corporation; BANK OF AMERICA
CORPORATION, a Delaware
corporation, successor in interest
to BancBoston Robertson
Stephens, Inc.; TIVO INC., Nominal
Defendant, a Delaware
corporation; ROBERTSON STEPHENS,
INC.,
                    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35286
No. 09-35367

D.C. Nos.
2:07-cv-01576-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

                    v.

GOLDMAN SACHS & CO., a New
York limited partnership; BANK OF
AMERICA CORPORATION, a Delaware
corporation, successor in interest
to FleetBoston Robertson
Stephens, Inc.; ROBERTSON
STEPHENS INC., a Massachusetts
corporation,
          *Defendants-Appellees,*

                   and

TURNSTONE SYSTEMS, INC., a
Delaware corporation,
          *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35288
D.C. Nos.
2:07-cv-01569-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
　　　　　　　*Plaintiff-Appellant,*

v.

GOLDMAN SACHS & CO., "Goldman Sachs"; CREDIT SUISSE SECURITIES (USA) LLC, "Credit Suisse" formerly known as Credit Suisse First Boston Corporation; BANK OF AMERICA CORPORATION, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; ROBERTSON STEPHENS, INC.; JUNIPER NETWORKS INC.,
　　　　　　　*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35289
D.C. Nos.
2:07-cv-01577-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

MORGAN STANLEY & CO.,
INCORPORATED; DEUTSCHE BANK
SECURITIES, INC.; MERRILL LYNCH,
PIERCE, FENNER & SMITH
INCORPORATED; ARIBA INC.,
*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35290
No. 09-35381
D.C. Nos.
2:07-cv-01570-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

MORGAN STANLEY & CO.,
INCORPORATED; CITIGROUP GLOBAL
MARKETS, INC.; AKAMAI
TECHNOLOGIES, INC.,
*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35292
No. 09-35364
D.C. Nos.
2:07-cv-01571-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

          v.

GOLDMAN SACHS GROUP INC., a
Delaware corporation; JPMORGAN
CHASE & CO., a Delaware
corporation, successor in interest
to Hambrecht & Quist LLC,
                    *Defendants,*

          and

KANA SOFTWARE INC., Nominal
Defendant, a Delaware corporation
formerly known as Kana
Communications Inc.; GOLDMAN
SACHS & CO.; J.P. MORGAN
SECURITIES INC.,
          *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35293
D.C. Nos.
2:07-cv-01578-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
        *Plaintiff-Appellant,*

v.

MORGAN STANLEY, a Delaware
corporation, successor in interest
to Morgan Stanley Dean Witter,
                *Defendant,*

and

SILICON LABORATORIES INC.,
Nominal Defendant, a Delaware
corporation; MORGAN STANLEY &
CO. INCORPORATED; LEHMAN
BROTHERS INC.; CITIGROUP GLOBAL
MARKETS, INC.,
                *Defendants-Appellees,*

JAMES W. GIDDENS,
TRUSTEE FOR THE
LIQUIDATION OF THE BUSINESS OF
LEHMAN BROTHERS INC.,
                *Trustee-Appellee.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35297
No. 09-35373
D.C. Nos.
2:07-cv-01590-JLR
2:07-cv-01549-JLR

Vanessa Simmonds,
          *Plaintiff-Appellant,*

v.

Goldman Sachs Group Inc., a
Delaware corporation,
          *Defendant,*

          and

Bank of America Corporation, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; Palm Inc.,
Nominal Defendant, a Delaware
corporation; Goldman Sachs &
Co.; Morgan Stanley & Co.
Incorporated; Merrill Lynch
Pierce Fenner & Smith
Incorporated; Robertson
Stephens, Inc.,
          *Defendants-Appellees.*

*In Re: Section 16(b) Litigation*

No. 09-35300
D.C. Nos.
2:07-cv-01593-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
　　　　　　*Plaintiff-Appellant,*

　　　　v.

GOLDMAN SACHS GROUP INC.,
　　　　　　*Defendant,*

　　　　and

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; MAXYGEN INC.,
Nominal Defendant, a Delaware
corporation; GOLDMAN SACHS &
CO.; ROBERTSON STEPHENS, INC.,
　　　　　　*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35301
No. 09-35374
D.C. Nos.
2:07-cv-01594-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

          v.

CREDIT SUISSE GROUP, a global
bank headquartered in Zurich,
Switzerland FKA Credit Suisse
First Boston Corporation; BANK OF
AMERICA CORPORATION, a Delaware
corporation, successor in interest
to BancBoston Robertson
Stephens, Inc.; SILICON IMAGE,
INC., Nominal Defendant, a
Delaware corporation; ROBERTSON
STEPHENS, INC.,
          *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35302
D.C. No.
2:07-cv-01575-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

            v.

GOLDMAN SACHS GROUP INC., a
Delaware corporation,
                        *Defendant,*

            and

STREET.COM INC.; GOLDMAN SACHS
& CO.; J.P. MORGAN SECURITIES
INC.,

            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35303
No. 09-35391
D.C. Nos.
2:07-cv-01595-JLR
2:07-cv-01549-JLR


VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

            v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; CRITICAL PATH,
INC., Nominal Defendant, a
California corporation; ROBERTSON
STEPHENS, INC.; J.P. MORGAN
SECURITIES, INC.,

            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35306
D.C. No.
2:07-cv-01582-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

BANK OF AMERICA CORPORATION, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; CONCUR TECHNOLOGIES, INC., a Delaware corporation; ROBERTSON STEPHENS, INC.; J.P. MORGAN SECURITIES, INC.,
*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35307
D.C. Nos.
2:07-cv-01585-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

CREDIT SUISSE GROUP, a global bank headquartered in Zurich, Switzerland; SOURCEFORGE, INC., Nominal Defendant, a Delaware corporation, FKA VA Linux Systems, Inc.; LEHMAN BROTHERS, INC.,
*Defendants-Appellees,*

JAMES W. GIDDENS, Trustee for the Liquidation of the Business of Lehman Brothers, Inc.,
*Trustee-Appellee.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35308
D.C. No.
2:07-cv-01583-JLR

VANESSA SIMMONDS,
              *Plaintiff-Appellant,*

              v.

GOLDMAN SACHS & CO.; J.P.
MORGAN SECURITIES, INC.; RED
HAT, INC., a Delaware corporation,
              *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35309
No. 09-35369
D.C. Nos.
2:07-cv-01587-JLR
2:07-cv-01549-JLR


VANESSA SIMMONDS,
              *Plaintiff-Appellant,*

              v.

CREDIT SUISSE GROUP, a global
bank headquartered in Zurich,
Switzerland; SELECTICA, INC.,
Nominal Defendant, a Delaware
corporation,
              *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35310
No. 09-35368

D.C. No.
2:07-cv-01584-JLR

VANESSA SIMMONDS
        *Plaintiff-Appellant,*

        v.

CREDIT SUISSE GROUP SECURITIES
(USA) LLC, a Delaware limited
liability company; BANK OF
AMERICA CORPORATION, a Delaware
corporation; ROBERTSON STEPHENS,
INC., a Massachusetts corporation,
        *Defendants-Appellees,*

        and

INTERWOVEN, INC.,
        *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35312
D.C. Nos.
2:07-cv-01579-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS
        *Plaintiff-Appellant,*

        v.

MORGAN STANLEY & CO.,
INCORPORATED; J.P. MORGAN
SECURITIES, INC.; VIGNETTE
CORPORATION, a Delaware
corporation,
        *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35313
No. 09-35370
D.C. Nos.
2:07-cv-01588-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

                    v.

MORGAN STANLEY & CO.,
INCORPORATED; J.P. MORGAN
SECURITIES, INC.; LEHMAN
BROTHERS, INC.; SYCAMORE
NETWORKS, INC., a Delaware
corporation,
            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35314
No. 09-35371
D.C. Nos.
2:07-cv-01589-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

                    v.

CREDIT SUISSE GROUP SECURITIES
(USA) LLC, a Delaware limited
liability company; BANK OF
AMERICA CORPORATION, a Delaware
corporation; ROBERTSON STEPHENS,
INC.; J.P. MORGAN SECURITIES INC.,
a Delaware corporation,
            *Defendants-Appellees,*

                    and

OPENWAVE SYSTEMS, INC., a
California corporation,
            *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35315
D.C. No.
2:07-cv-01580-JLR

VANESSA SIMMONDS,
                    *Plaintiff-Appellant,*

                    v.

CREDIT SUISSE GROUP SECURITIES
(USA) LLC, a Delaware limited
liability company; BANK OF
AMERICA CORPORATION, a Delaware
corporation; ROBERTSON STEPHENS,
INC.,
                    *Defendants-Appellees,*

                    and

INFORMATICA CORPORATION, a
Delaware corporation,
                    *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35316
D.C. Nos.
2:07-cv-01581-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
           *Plaintiff-Appellant,*

v.

CREDIT SUISSE GROUP SECURITIES
(USA) LLC, a Delaware limited
liability company; BANK OF
AMERICA CORPORATION, a Delaware
corporation; ROBERTSON STEPHENS,
INC., a Massachusetts corporation;
MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, a Delaware
corporation; CITIGROUP GLOBAL
MARKETS INC., a New York
corporation,
           *Defendants-Appellees,*

           and

INTERSIL CORPORATION, a Delaware
corporation,
           *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35317
No. 09-35365
D.C. Nos.
2:07-cv-01572-JLR
2:07-cv-01549-JLR

Vanessa Simmonds,
              *Plaintiff-Appellant,*

                    v.

Goldman Sachs Group Inc.,
                     *Defendant,*

                   and

Bank of America Corporation, a
Delaware corporation, successor in
interest to Fleetboston Robertson
Stephens, Inc.; Sonus Networks
Inc., a Delaware corporation;
Goldman Sachs & Co.; Lehman
Brothers Inc.; Robertson
Stephens, Inc.; J.P. Morgan
Securities Inc.,
                *Defendants-Appellees,*

James W. Giddens,
Trustee for the
Liquidation of the Business of
Lehman Brothers Inc.,
                    *Trustee-Appellee.*

*In Re: Section 16(b) Litigation*

No. 09-35318
No. 09-35393
D.C. Nos.
2:07-cv-01597-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
                    *Plaintiff-Appellant,*

            v.

MORGAN STANLEY & CO.,
INCORPORATED; J.P. MORGAN
SECURITIES, INC., a Delaware
corporation; LEHMAN BROTHERS,
INC., a Delaware corporation,
                    *Defendants-Appellees,*

            and

AVICI SYSTEMS, INC., a Delaware
corporation,
                    *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35320
No. 09-35366

D.C. No.
2:07-cv-01573-JLR

VANESSA SIMMONDS,
    *Plaintiff-Appellant,*

    v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; PRICELINE.COM INC.,
a Delaware corporation; MORGAN
STANLEY & CO. INCORPORATED;
MERRILL LYNCH PIERCE FENNER &
SMITH INCORPORATED; ROBERTSON
STEPHENS, INC.,
    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35321
No. 09-35397
D.C. Nos.
2:07-cv-01598-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
    *Plaintiff-Appellant,*

    v.

GOLDMAN SACHS & CO.; LEHMAN
BROTHERS, INC.; J.P. MORGAN
SECURITIES, INC.; MARVELL
TECHNOLOGY GROUP, LTD., a
Bermuda corporation,
    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35322
D.C. Nos.
2:07-cv-01632-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
                    *Plaintiff-Appellant,*

                    v.

MORGAN STANLEY & CO.,
INCORPORATED; MERRILL LYNCH
PIERCE FENNER & SMITH
INCORPORATED; PEROT SYSTEMS
CORPORATION, a Delaware
corporation,
                    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35323
No. 09-35404
D.C. Nos.
2:07-cv-01631-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
                    *Plaintiff-Appellant,*

                    v.

CREDIT SUISSE GROUP, a global
bank headquartered in Zurich,
Switzerland; DEUTSCHE BANK AG,
a global bank headquartered in
Frankfurt, Germany; LEHMAN
BROTHERS HOLDINGS, INC., a
Delaware corporation; AIRSPAN
NETWORKS, INC., Nominal
Defendant, a Washington
corporation; DEUTSCHE BANK
SECURITIES, INC.; LEHMAN
BROTHERS, INC.,
                    *Defendants-Appellees,*

                    and

JAMES W. GIDDENS, Trustee for the
Liquidation of the Business of
Lehman Brothers, Inc.,
                    *Trustee-Appellee.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35324

D.C. No.
2:07-cv-01638-JLR

VANESSA SIMMONDS,
                *Plaintiff-Appellant,*

                v.

GOLDMAN SACHS & CO.; BANK OF
AMERICA CORPORATION, a Delaware
corporation, successor in interest
BancBoston Robertson Stephens
Inc.; ROBERTSON STEPHENS, INC.;
INSWEB CORPORATION, a Delaware
corporation,
                *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35325
D.C. Nos.
2:07-cv-01630-JLR
2:07-cv-01549-JLR


VANESSA SIMMONDS,
                *Plaintiff-Appellant,*

                v.

MORGAN STANLEY & CO.,
INCORPORATED; DEUTSCHE BANK
SECURITIES, INC.; ASIAINFO
HOLDINGS, INC., a Delaware
corporation,
                *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35326
No. 09-35405
D.C. Nos.
2:07-cv-01633-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

          v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc. and FleetBoston
Roberton Stephens, Inc.;
ROBERTSON STEPHENS, INC.; J.P.
MORGAN SECURITIES, INC.; KEYNOTE
SYSTEMS, INC., a Delaware
corporation,
          *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35328
D.C. Nos.
2:07-cv-01634-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

          v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; ROBERTSON
STEPHENS, INC.; J.P. MORGAN
SECURITIES INC.; DIGIMARC
CORPORATION, Nominal Defendant,
a Delaware corporation,
          *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35327
No. 09-35382

D.C. No.
2:07-cv-01652-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

                v.

GOLDMAN SACHS & CO.; BEAR
STEARNS & CO., INC.; DEUTSCHE
BANK SECURITIES, INC.; TIBCO
SOFTWARE, INC., a Delaware
corporation,
            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35331
D.C. Nos.
2:07-cv-01635-JLR
2:07-cv-11549-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

                v.

MARTHA STEWART LIVING
OMNIMEDIA INC., a Delaware
corporation; MORGAN STANLEY &
CO. INCORPORATED; MERRILL LYNCH
PIERCE FENNER & SMITH
INCORPORATED,
            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35333
No. 09-35380
D.C. Nos.
2:07-cv-01605-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

CREDIT SUISSE GROUP, a global bank headquartered in Zurich, Switzerland; AUDIBLE INC., a Delaware corporation; J.P. MORGAN SECURITIES INC.,
*Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35334
No. 09-35383
D.C. Nos.
2:07-cv-01623-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
*Plaintiff-Appellant,*

v.

GOLDMAN SACHS & CO., a New York limited partnership; MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, a Delaware corporation; BANK OF AMERICA CORPORATION, a Delaware corporation, ROBERTSON STEPHENS, INC., a Massachusetts corporation,
*Defendants-Appellees,*

and

SABA SOFTWARE, INC., a Delaware corporation,
*Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35335
No. 09-35377
D.C. Nos.
2:07-cv-01637-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,

        *Plaintiff-Appellant,*

    v.

MORGAN STANLEY & CO.
INCORPORATED, a Delaware
corporation; DEUTSCHE BANK
SECURITIES INC., a Delaware
corporation; CITIGROUP GLOBAL
MARKETS, INC., a New York
corporation,

        *Defendants-Appellees,*

    and

TRANSMETA CORPORATION, a
Delaware corporation,

        *Defendant.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35337
D.C. Nos.
2:07-cv-01636-JLR
2:07-cv-01549-JLR

---

VANESSA SIMMONDS,

        *Plaintiff-Appellant,*

    v.

CAPSTONE TURBINE CORPORATION, a
Delaware corporation; GOLDMAN
SACHS & CO.; MERRILL LYNCH
PIERCE FENNER & SMITH
INCORPORATED; MORGAN STANLEY &
CO. INCORPORATED,

        *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35339
No. 09-35395
D.C. Nos.
2:07-cv-01624-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

v.

MORGAN STANLEY & CO.
INCORPORATED; BROCADE
COMMUNICATIONS SYSTEMS INC., a
Delaware corporation,
          *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35344
D.C. Nos.
2:07-cv-01626-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
          *Plaintiff-Appellant,*

v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to Robertson Stephens,
Inc.; J.P. MORGAN SECURITIES INC.;
ROBERTSON STEPHENS, INC.; OPLINK
COMMUNICATIONS, INC., a Delaware
corporation,
          *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35345
No. 09-35399
D.C. Nos.
2:07-cv-01667-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; ROBERTSON
STEPHENS, INC.; J.P. MORGAN
SECURITIES INC.; NAVASITE, INC., a
Delaware corporation,
            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35346
No. 09-35398

D.C. No.
2:07-cv-01666-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellant,*

v.

MORGAN STANLEY & CO.
INCORPORATED, a Delaware
corporation; DEUTSCHE BANK
SECURITIES, INC., a Delaware
corporation; ASPECT MEDICAL
SYSTEMS, INC., Nominal Defendant,
a Delaware corporation,
            *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35347
No. 09-35394

D.C. No.
2:07-cv-01655-JLR

Vanessa Simmonds,
*Plaintiff-Appellant,*

v.

Bank of America Corporation, a Delaware corporation, successor in interest to BancBoston Robertson Stephens, Inc.; Robertson Stephens, Inc.; Bear Stearns & Co., Inc.; Packeteer, Inc., Nominal Defendant, a Delaware corporation,
*Defendants-Appellees.*

In Re: Section 16(b) Litigation

No. 09-35348
No. 09-35387

D.C. No.
2:07-cv-01654-JLR

Vanessa Simmonds,
*Plaintiff-Appellant,*

v.

Bank of America Corporation, a Delaware corporation, successor in interest to Fleetboston Robertson Stephens, Inc.; Robertson Stephens, Inc.; Omnivision Technologies, Inc., a Delaware corporation,
*Defendants-Appellees.*

In Re: Section 16(b) Litigation

No. 09-35349
D.C. Nos.
2:07-cv-01668-JLR
2:07-cv-01549-JLR

Vanessa Simmonds,
                    *Plaintiff-Appellant,*

                    v.

Credit Suisse Securities (USA),
LLC; Occam Networks, Inc., a
Delaware corporation, FKA
Accelerated Networks, Inc.,
                    *Defendants-Appellees.*

*In Re: Section 16(b) Litigation*

No. 09-35350
No. 09-35400
D.C. Nos.
2:07-cv-01669-JLR
2:07-cv-01549-JLR

Vanessa Simmonds,
                    *Plaintiff-Appellant,*

                    v.

J.P. Morgan Securities Inc.; Bear
Stearns & Co., Inc.; Bank of
America Corporation, a Delaware
corporation, successor in interest
to Bancboston Robertson
Stephens, Inc.; Robertson
Stephens, Inc.; Immersion
Corporation, a Delaware
corporation,
                    *Defendants-Appellees.*

*In Re: Section 16(b) Litigation*

No. 09-35351
D.C. Nos.
2:07-cv-01670-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
  *Plaintiff-Appellant,*

  v.

MORGAN STANLEY & CO.
INCORPORATED, a Delaware
corporation; CREDIT SUISSE
SECURITIES (USA), LLC; J.P.
MORGAN SECURITIES, INC.; INTERNAP
NETWORK SERVICES CORPORATION,
Nominal Defendant, a Delaware
corporation,
  *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35352
No. 09-35384

D.C. No.
2:07-cv-01653-JLR

VANESSA SIMMONDS,
  *Plaintiff-Appellant,*

  v.

MICROTUNE INC., a Delaware
corporation; GOLDMAN SACHS &
CO.; J.P. MORGAN SECURITIES INC.,
  *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35355

D.C. No.
2:07-cv-01627-JLR

VANESSA SIMMONDS,
    *Plaintiff-Appellant,*

v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to BancBoston Robertson
Stephens, Inc.; MORGAN STANLEY
& CO. INCORPORATED; ROBERTSON
STEPHENS, INC.; EXTREME NETWORKS
INC.,

    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35357
D.C. Nos.
2:07-cv-01628-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
    *Plaintiff-Appellant,*

v.

BANK OF AMERICA CORPORATION, a
Delaware corporation, successor in
interest to Robertson Stephens,
Inc.; J.P. MORGAN SECURITIES INC.;
ROBERTSON STEPHENS, INC.; COSINE
COMMUNICATIONS INC., a Delaware
corporation; GOLDMAN SACHS &
CO.,

    *Defendants-Appellees.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35358
No. 09-35390
D.C. Nos.
2:07-cv-01629-JLR
2:07-cv-01549-JLR

VANESSA SIMMONDS,
            *Plaintiff-Appellee,*

v.

CREDIT SUISSE SECURITIES (USA)
LLC; CREDIT SUISSE SECURITIES
(USA) LLC; J.P. MORGAN
SECURITIES INC.; BANK OF AMERICA
CORPORATION, a Delaware
corporation, successor in interest
to Fleetboston Robertson Stephens,
Inc.; ROBERTSON STEPHENS, INC.,
            *Defendants-Appellants.*

*In Re: SECTION 16(b) LITIGATION*

No. 09-35363
D.C. Nos.
2:07-cv-01549-JLR
2:07-cv-01549-JLR

ORDER

Filed December 2, 2010
Amended January 18, 2011
Second Amendment January 25, 2011

Before: Sidney R. Thomas and Milan D. Smith, Jr.,
Circuit Judges, and Michael R. Hogan, District Judge.*

**ORDER**

The Opinion filed on December 2, 2010 and the Order and
Amended Opinion filed on January 18, 2011 are amended to
list the case numbers of the cross-appeals, as shown in the
captions listed above.

_____

*The Honorable Michael R. Hogan, United States District Judge for the
District of Oregon, sitting by designation.